**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANDY PATEL, *et al.*** **PLAINTIFFS**

**v.** **CASE NO. 4:25-CV-01331-BSM**

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of October, 2026.

UNITED STATES DISTRICT JUDGE